801 S.E.2d 400

The GATES AT WILLIAMS-BRICE CONDOMINIUM ASSO-CIATION and Katharine Swinson, individually, and on behalf of all others similarly situated, Petitioners,

v.

DDC CONSTRUCTION, INC.; Kapasi Glass Mart, Inc.; DMC Consolidated, Inc.; DMC Builders, Co., Inc., individually and d/b/a The Dinerstein Companies, DC Developers–Columbia Condos, Inc.; Columbia Condos, LP; DMC Developers I, Ltd.; 31-W Insulation Company, Inc.; Associated Concrete Contractors, Inc.; Bailey Electric Company, LLC; C&B Utilities, LP;

Carolina Floor Systems, Inc.; Century Fire Protection, LLC; Cherokee Inc.; Coronado Stucco, LP; Cross Plains Custom Tile, Inc.; Lowry Construction & Framing Inc.; LTB Construction, Inc.; Martin Morales Jr. Painting & Drywall, LLC; Metal Construction Materials, Inc.; Southwest Ironworks, Inc.; The Clerkley/Watkins Group, LP; Tindall Corporation; Triad Pest Control, Inc.; Wyman Acoustics LLC; Alenco Holding Corporation, Alenco Window GA, LLC, New AlencoWindow, Ltd.; AWC Holding Company; Crosby Window, Inc., f/k/a/ Action WinDoor Technology, Inc.; Geo-Systems Design & Testing, Inc.; HGE Consulting, Inc.; Maintenance Builders Supply, Ltd.; SCA Engineers, Inc.; Sinclair & Associates, Inc.; Faultless Hardware, individually and d/b/a Pamex Inc.; T & M Concrete, Inc.; Loveless Commercial Contracting, Inc.; Economy Waterproofing, Inc.; BMC West Corporation; Highway One Construction, Inc.; J.I. Windows LLC; Dietrich Industries, Inc., a/k/a Dietrich Metal Framing, Inc. n/k/a Clarkwestern Dietrich Building Systems LLC; Best Masonry and its successor in interest, OldCastle APG; Headwaters, Inc. d/b/a Best Masonry; and John Doe # 1-10, Defendants,

Of Whom DDC Construction, Inc. and Columbia Condos, LP, are the Respondents.

Appellate Case No. 2016-002440

Supreme Court of South Carolina.

June 16, 2017

## ORDER

Petitioners have filed a motion seeking dismissal of their petition for a writ of certiorari to the Court of Appeals, indicating they have entered into a final settlement agreement with respondents, and they additionally ask the Court to vacate the opinion of the Court of Appeals in *The Gates at Williams-Brice Condominium Association v. DDC Construction, Inc.*, 418 S.C. 282, 792 S.E.2d 240 (Ct. App. 2016). Respondents indicate they are not opposed to the requests. In response to this Court's inquiry pursuant to Rule 261(d), SCACR, the Court of Appeals has recommended that the request to vacate the opinion be granted. We hereby grant the

motion, dismiss the petition for a writ of certiorari, and vacate the opinion of the Court of Appeals.

/s/ Donald W. Beatty, C.J.

/s/ John W. Kittredge, J.

/s/ Kaye G. Hearn, J.

/s/ John Cannon Few, J.

/s/ George C. James, Jr., J.